# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL HARBOUR AND TASMAN HOLDINGS, LLC

NO.  2023 CW 1366

VERSUS

THE CITY OF BATON ROUGE AND THE PARISH OF EAST BATON ROUGE

**FEBRUARY 22, 2024**

---

In Re:   City of Baton Rouge/Parish of East Baton Rouge, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 662146.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of all exhibits filed with Michael Harbour and Tasman Holdings, LLC's Motion for Summary Judgment in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8). In particular, the Motion for Summary Judgment was filed with a certified copy of a prior Motion for Partial Summary Judgment filed on July 5, 2022 along with its exhibits and memorandum, and relator failed to provide copies of Exhibits B-2, B-3, and B-4 to the affidavit of Brett P. Furr (Exhibit B) and copies of the City-Parish's "Supplemental Responses to Plaintiff's Discovery Requests" (Exhibit C) filed with the prior Motion for Partial Summary Judgment.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before March 1, 2024 and must contain a copy of this ruling.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_a.C.O_

---
DEPUTY CLERK OF COURT
FOR THE COURT